IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:   3:12-CR-297-N (02) |
| | ) | |
| URIEL VALENCIA-TORRES | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Uriel Valencia-Torres, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to Count(s) 1 of the Indictment.  After cautioning and examining  the defendant under oath concerning  each  of  the  subjects  mentioned  in  Rule 11,  I  determined  that  the  guilty  plea  was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   December 18, 2012

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).